**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

FIBER, LLC,
a Wyoming limited liability company,

    Plaintiff,

v.

ALCATEL LUCENT USA, INC.,
a Delaware corporation,

    Defendant.

Civil Action Case No.: 15cv2135

**NOTICE OF RELATED CASES**

Pursuant to D.C. Colo. LCivR 3.2, Plaintiff Fiber, LLC, through its counsel, hereby provides notice that the instant case, styled *Fiber, LLC v. Alcatel-Lucent USA, Inc*. (Case No. 15cv2135-_____) (the "Alcatel Action"), is related to two separate pending cases. The two related cases are styled *Fiber, LLC v. Ciena Corporation, et al*. (Case No. 13cv840-PAB-KLM) (the "Ciena Action") and the matter styled *Fiber LLC, v. Viavi Solutions Inc. et al*. (Case No. 15cv1743-CBS) (the "Viavi Action"). The Ciena Action, the Viavi Action and this Alcatel Action commonly allege infringement of United States Patent Nos. 6,430,332 and 7,095,917 and are both brought by the same plaintiff, Fiber, LLC. Fiber, LLC is represented by the same counsel in each action.

Respectfully submitted this 25th day of September,

LEWIS BRISBOIS BISGAARD & SMITH, LLP

s/ *George G. Matava*
George G. Matava
Donald E. Lake, III
Thomas A. Dougherty
1700 Lincoln Street, Suite 4000
Denver, CO  80202

Phone: (303) 861-7760
Fax: (303) 861-7767
Email:  george.matava@lewisbrisbois.com
        tripp.lake@lewisbrisbois.com
        thomas.dougherty@ lewisbrisbois.com

*Attorneys for Plaintiff Fiber, LLC*

<u>ADDRESS OF FIBER, LLC</u>:
621 17th Street, Suite 801, Denver, Colorado 80293