IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02135-RBJ

FIBER, LLC, a Wyoming limited liability company,

    Plaintiff,

v.

ALCATEL LUCENT USA, INC., a Delaware corporation,

    Defendant.

# ORDER GRANTING UNOPPOSED MOTION FOR FINISAR CORPORATION TO INTERVENE AS A DEFENDANT UNDER FED. R. CIV. P. 24

Before the Court is Intervenor Finisar Corporation's Unopposed Motion to Intervene as a Defendant Under Fed. R. Civ. P. 24. ECF No. 40. The Court has reviewed the Unopposed Motion and finds that Finisar Corporation is entitled to intervene in this action as of right pursuant to Fed. R. Civ. P. 24(a)(2), and has also met the requirements for permissive intervention under Fed. R. Civ. P. 24(b), and therefore, **IT IS HEREBY ORDERED** that:

Finisar Corporation's Unopposed Motion to Intervene as a Defendant is **GRANTED**. Finisar Corporation shall be made a Defendant-Intervenor in this action.

DATED this 11th day of April, 2016.

BY THE COURT:

R. Brooke Jackson
United States District Judge